**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HARRY E. MARTYN, V** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY** | : | **NO. 12-6376** |

## ORDER

**AND NOW,** this 27th day of March, 2014, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 12), the defendant's response (Document No. 15), the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Document No. 17) , and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The plaintiff's request for review is **DENIED**.


      /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.